# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Scott Smith, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 17-cv-1862 JRT/HB |
| Golden China of Red Wing, Inc. and Vu Thu Lam, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment and to Strike Peter Hansmeier's Testimony [Docket No. 89] is **GRANTED** in part and **DENIED** in part as follows:

    a. The Motion for Summary Judgment is **GRANTED** in full.

    b. The Motion to Strike Peter Hansmeier's Testimony is **DENIED** as moot.

2. Plaintiff's Motion for Summary Judgment and Motion to Exclude Expert Testimony [Docket No. 102] is **DENIED**.

**IT IS FURTHER ORDERED** that this Order shall be filed under seal and the parties are to show cause on or before ten (10) days from the date of this Order why the Court should not unseal the Order and to specify any portion of the Order warranting redaction.

Date: 7/23/2019                                    KATE M. FOGARTY, CLERK

                                                            s/C. Kreuziger
                                                   (By)   C. Kreuziger, Deputy Clerk