# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Scott Smith

Plaintiff,

vs.                                          Case No. 0:17-cv-01862-JRT-HB

Golden China of Red Wing, Inc.; and Vu Thu Lam,

Defendants.

### NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Scott Smith appeals to the United States Court of Appeals for the Eighth Circuit. Smith appeals from the judgment of the U.S. District Court for the District of Minnesota that was entered on July 23, 2019, the denial of the order to alter or amend judgment entered on October 22, 2019, and all of the orders which preceded it.

DATED:  November 21, 2019        /s/ Padraigin L. Browne
                                 Padraigin L. Browne (MN Bar # 389962)
                                 8530 Eagle Point Blvd. Suite 100
                                 Lake Elmo, MN 55042
                                 E-mail: paddy@brownelawllc.com
                                 Phone: (612) 293-4805