# UNITED STATES DISTRICT COURT
## District of Minnesota

Scott Smith,

          Plaintiff,

v.

Golden China of Red Wing, Inc., Vu Thu Lam,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-1862 JRT/HB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this case is **DISMISSED WITHOUT PREJUDICE**.

Date: 2/26/2021

KATE M. FOGARTY, CLERK